DOUGLAS C. WAIN, JR. v. DIVISION OF PUBLIC WELFARE, DEPT. OF INSTITUTIONS AND AGENCIES, STATE OF NEW JERSEY.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE GUESSFORD.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DORIS BURDEN.

May 2, 1974. Petition for certification denied. (See 126 *N. J. Super.* 424).

JOHN C. O'CONNOR v. STATE OF NEW JERSEY.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. GUNSHEFSKI.

May 2, 1974. Petition for certification denied.

PLEASURE BAY APARTMENTS v. CITY OF LONG BRANCH.

May 2, 1974. Petition for certification granted.